JS-6, O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE DEMETRIUS TATE, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>VALERIE HORN, et al.,<br><br>　　　　Defendants. | Case No. 2:22-cv-06464-MEMF-PD<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action for Failure to Prosecute,

JUDGMENT IS HEREBY entered dismissing the action without prejudice.

Dated: July 5, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge